## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PETER ANARADIAN, and EMPOWERRIDE LLC,<br><br>**Plaintiffs,**<br><br>vs.<br><br>**WONDERFOLD CORPORATION,**<br><br>**Defendant.** | **4:26CV3094**<br><br><br>**ORDER TO SHOW CAUSE** |

Federal Rule of Civil Procedure 4(m) provides, "If a defendant is not served within 90 days after the complaint is filed, the court -- on motion or on its own after notice to the plaintiff -- must dismiss the action without prejudice against that defendant or order that service be made within a specified time.  But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period."  Fed. R. Civ. P. 4(m).

The plaintiffs filed a Complaint against defendant, Wonderfold Corporation, on March 18, 2026.  (Filing No. 1).  More than 90 days has elapsed since the Complaint was filed, and the record does not demonstrate that Wonderfold Corporation has been served, signed a waiver of service, or entered a voluntary appearance in this case.   Nor has Plaintiff requested an extension of time to complete service of process or even requested summons.  The plaintiffs' filing of an Amended Complaint (Filing No. 4) against the same defendant does not restart or extend the 90-day time limit to serve the summons and complaint under Rule 4(m).  See *Carmona v. Ross*, 376 F.3d 829, 830 (8th Cir. 2004) (citing 4A Charles Alan Wright & Arthur R. Miller, Federal Practice & Procedure § 1137, at 377 (2002)).  Accordingly,

**IT IS ORDERED** that the plaintiffs shall have until **July 22, 2026,** to show cause why this case should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m) or take other appropriate action.  The failure to timely comply with this order may result in dismissal of this case without further notice.

Dated this 24th day of June, 2026.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge