IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PETER ANARADIAN, and EMPOWERRIDE LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>WONDERFOLD CORPORATION,<br><br>Defendant. | **4:26CV3094**<br><br>**ORDER** |

On March 18, 2026, Plaintiffs filed suit in this Court against Defendant seeking a declaratory judgment of non-infringement of U.S. Design Patent No. D955,301. (Filing No. 1.) On September 24, 2026, Defendant filed in the Central District of California a complaint against Plaintiffs seeking injunctive and monetary relief for Plaintiffs' alleged infringement of U.S. Design Patent No. D955,301. *Wonderfold Co. v. Empowerride LLC*, 2:26-cv-11005-MCS-PVC (C.D. Cal. Sep. 24, 2026). On September 28, 2026, Defendant filed—in this Court—a Motion to Transfer Venue to the United States District Court for the Central District of California (Filing No. 23), which Plaintiffs filed a timely opposition to on October 11, 2026 (Filing No. 28). Then, on October 13, 2026, Defendant filed an Ex Parte Application for a Temporary Restraining Order (TRO) in the California action. Plaintiffs thereafter filed—in this Court—an Emergency Motion to Enjoin Defendant from Prosecuting the Later-Filed California Action Pending this Court's Ruling on Defendant's Motion to Transfer Venue to the United States District Court for the Central District of California. (Filing No. 31.)

Having considered the matter, and to preserve the status quo,

**IT IS ORDERED:**

1. Defendant is ordered to stop prosecution of the California action until the Emergency Motion to Enjoin Defendant from Prosecuting the Later-Filed California Action (Filing No. 31) is decided. *See Nw. Airlines, Inc. v. Am. Airlines, Inc.*, 989 F.2d 1002, 1005 (8th Cir. 1993) (stating that court in which jurisdiction first attached should adjudicate controversy and restrain parties from proceeding with later-filed action).
2. Defendant is ordered to respond to the Emergency Motion to Enjoin Defendant from Prosecuting the Later-Filed California Action (Filing No. 31) by 12:00 p.m. on Monday, October 19, 2026. Plaintiffs may file a reply by 12:00 p.m. on Wednesday, October 21, 2026.
3. A courtesy copy of this Order will be emailed to Judge Mark C. Scarsi's chambers.

Dated this 14th day of October, 2026.

BY THE COURT:

Susan M Bazis

Susan M. Bazis
United States District Judge